

**Peter C. Gourdine**
Direct Phone:  +1 212 549 0382
Email:  pgourdine@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**December 4, 2017**

**Via ECF**

The Honorable Roanne L. Mann
Chief United States Magistrate Judge
U.S. District Court
Eastern District of New York
Courtroom 13C-S
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Annesta Reid v. Carrington Mortgage Services, LLC and M&T Bank Corporation**
             **Case No.: 17-cv-4865 (RJD)**

Dear Judge Mann:

We write on behalf of Defendant M&T Bank (erroneously sued as "M&T Bank Corporation") and Plaintiff Annesta Reid in the above-captioned matter (the "Settling Parties").

By way of this letter, the Settling Parties write to inform the Court that they have reached a settlement agreement in principle, and that the Settling Parties are in the process of negotiating a Confidential Settlement Agreement and Release (the "Agreement") governing the specific terms of the settlement.

As part of the Agreement, the Settling Parties request that the Court enter a Stipulated Order of Dismissal with Prejudice as to M&T Bank, with the Court retaining jurisdiction to enforce the settlement between the Settling Parties, which will be submitted shortly.  In the meantime, the Settling Parties request that the matter be stayed as to M&T Bank pending the filing of the Stipulated Order of Dismissal.  The matter shall continue as to the remaining Defendant, Carrington Mortgage Services, LLC., including the initial status conference scheduled for December 6, 2017.

Thank you for your assistance in this matter.

Very truly yours,


__*s/Peter C. Gourdine*_____
Peter C. Gourdine
*Counsel for Defendant M&T Bank*
*(erroneously sued as "M&T Bank Corporation")*

__*s/Javier L. Merino*_____
Javier L. Merino
*Counsel for Plaintiff Annesta Reid*

PCG:awp

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-137615584.2-AWPILORU